IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

LADONNA L. BLAIR                                                                                    PLAINTIFF

V.                                              4:06CV00513 WRW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be and they hereby are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Plaintiff's Application for Authorization of EAJA Fee (docket entry #13) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. H. Mayo Smith, attorney for Plaintiff, $5,737.50, as attorney's fees, pursuant to the EAJA.

DATED this 6th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE